IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
2008 FEB 25 PM 3:26

CLERK
SO. DIST. OF GA.

RANDY KEITH HALE,)
)
    Plaintiff,)
)
v.) CIVIL ACTION NO.: CV506-071
)
MICHAEL J. ASTRUE,)
Commissioner of Social Security,)
)
    Defendant.)

## ORDER

After a careful review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

This case is **REVERSED** and **REMANDED**, pursuant to Sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this report.

SO ORDERED, this 25th day of FEBRUARY, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA